No. 434.   BLOCH ET AL. *v.* BRILL.   C. A. 7th Cir.   Certiorari denied.   *Clarence H. Ross* for petitioners.   *Charles Rivers Aiken* and *Richard F. Watt* for respondent.

No. 442.   FILIPPINI, EXECUTRIX, *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.   *Henry C. Clausen* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for the United States.

No. 443.   CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* CITY OF ALEXANDRIA, LOUISIANA.   C. A. 5th Cir. Certiorari denied.   *LeDoux R. Provosty* and *Richard B. Sadler, Jr.* for petitioner.

No. 446.   INDEPENDENT IRON WORKS, INC., *v.* UNITED STATES STEEL CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.   *Clifton Hildebrand* and *Julian Caplan* for petitioner.   *Morris M. Doyle* for United States Steel Corp., *Francis R. Kirkham* and *Francis N. Marshall* for Bethlehem Pacific Coast Steel Corp. et al., and *Gordon Johnson* and *Max Thelen, Jr.* for Kaiser Steel Corp., respondents.

No. 444.   ACE BEER DISTRIBUTORS, INC., *v.* KOHN, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Myron N. Krotinger* for petitioner.   *C. Kenneth Clark* for Kohn, Inc., et al., and *Rockwell T. Gust, George E. Brand, Jr.* and *Sumner Canary* for Stroh Brewery Co. et al., respondents.